472 A.2d 241

Kovler, Appellant, v. Levine.

Argued May 20, 1983. Jack J. Hetherington, for appellant; Sheldon Tabb, for appellee.

Before HESTER, CAVANAUGH and BROSKY, JJ.

Order affirmed.

HESTER, J., concurred in the result.